AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
## for the

Central   District of   Illinois

Jessica Coyle

*Plaintiff*

v.

Ross Harr, Peoria Police Officer PP1285,
Kyle Cruz, Peoria Police Officer PP1270,
City of Peoria

*Defendants*

)
)
)
)
)
)

Civil Action No.     24-cv-1158

# JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____ .

☒ other:   It is ordered and adjudged that Plaintiff Jessica Coyle recover nothing on her claims against
Defendants Ross Harr, Peoria Police Officer PP1285,Kyle Cruz, Peoria Police Officer PP1270, and City of Peoria.
_____ .

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision
was reached.

☒ decided by Judge   Jonathan E. Hawley _____ on a motion for   Summary Judgment
_____ .

Date:   9/16/2025

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*